**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: AZZOLINA, CAROLYN | § | Case No. 10-70147 |
| | § | |
| LEMBERGER, CAROLYN | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JAMES E. STEVENS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

United States Bankruptcy Court
211 South Court Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 11/03/2010 in Courtroom 115, United States Courthouse, 211 South Court Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Dated: 09/21/2010    By: /s/JAMES E. STEVENS
                              Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**UST Form 101-7-NFR (9/1/2009)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: AZZOLINA, CAROLYN | § | Case No. 10-70147 |
| | § | |
| LEMBERGER, CAROLYN | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 3,658.82 |
| *and approved disbursements of* | $ 3.45 |
| *leaving a balance on hand of* [1] | $ 3,655.37 |

Claims of secured creditors will be paid as follows:

*Claimant*                                              *Proposed Payment*
                            N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | JAMES E. STEVENS | $ 914.71 | $ |
| *Attorney for trustee* | | $ | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*                    *Fees*                    *Expenses*

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 49,394.87 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.5 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | American Infosource Lp As Agent for | $ 160.16 | $ 8.89 |
| 2 | American Infosource Lp As Agent for | $ 406.16 | $ 22.54 |
| 3 | American Infosource Lp As Agent for | $ 202.33 | $ 11.23 |
| 4 | American Infosource Lp As Agent for | $ 703.93 | $ 39.06 |
| 5 | Chase Bank USA, N.A. | $ 7,656.76 | $ 424.83 |
| 6 | Chase Bank USA, N.A. | $ 7,852.58 | $ 435.70 |
| 7 | Chase Bank USA, N.A. | $ 5,488.14 | $ 304.51 |
| 8 | GE Money Bank dba GAP | $ 361.81 | $ 20.07 |
| 9 | GE Money Bank dba MEIJER | $ 482.05 | $ 26.75 |
| 10 | GE Money Bank dba AE VISA CARD | $ 1,317.93 | $ 73.12 |

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| 11 | Chase Bank USA,N.A. | $ 749.57 | $ 41.59 |
| 12 | First National Bank of Omaha | $ 4,064.25 | $ 225.50 |
| 13 | Fia Card Services, NA/Bank of America | $ 7,700.02 | $ 427.23 |
| 14 | Fia Card Services, NA/Bank of America | $ 12,249.18 | $ 679.64 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number    Claimant                                Allowed Amt. of Claim    Proposed Payment*

N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant                                Allowed Amt. of Claim    Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-NFR (9/1/2009)**

Prepared By:  /s/JAMES E. STEVENS
Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: cshabez                Page 1 of 2                    Date Rcvd: Sep 28, 2010
Case: 10-70147                Form ID: pdf006              Total Noticed: 33


The following entities were noticed by first class mail on Sep 30, 2010.
db           +Carolyn Azzolina,    1685 Carlemont Dr. Apt. B,    Crystal Lake, IL 60014-2771
aty          +Laurence A Wilbrandt,    Laurence A. Wilbrandt, Ltd.,    65 South Virginia St.,
               Crystal Lake, IL 60014-5854
tr           +James E Stevens,    Barrick, Switzer, Long, Balsley & Van Ev,    6833 Stalter Drive,
               Rockford, IL 61108-2579
14973430      AE VISA,   American Eagle Outfitters,    P.O. Box 960013,   Orlando, FL 32896-0013
14973432      Bank of America,    P.O. Box 15019,   Wilmington, DE 19886-5019
14973433      Bank of America,    WorldPoints,   P.O. Box 15019,    Wilmington, DE 19886-5019
14973434      Best Buy,   HSBC Retail Services,    P.O. Box 17298,   Baltimore, MD 21297-1298
14973435      Castle Bank VISA,    First Bankcard,   P.O. Box 3331,   Omaha, NE 68103-0331
14973436      Chase,   P.O. Box 15153,   Wilmington, DE 19886-5153
15614361      Chase Bank USA, N.A.,    PO Box 15145,   Wilmington, DE 19850-5145
15744501     +Chase Bank USA,N.A.,    c/o Creditors Bankruptcy Service,    P O Box 740933,
               Dallas, TX 75374-0933
14973439      CitiFinancial,   230 W. Virginia St. S350,    Crystal Lake, IL 60014-7245
14973438      Citicard,   Customer Service,    P.O. Box 6000,   The Lakes, NV 89163-6000
14973440      Express,   P.O. Box 659728,    San Antonio, TX 78265-9728
15854905     +First National Bank of Omaha,    1620 Dodge Street Stop Code 3105,   Omaha, NE 68197-0002
14973442      Juniper,   Card Services,    P.O. Box 13337,   Philadelphia, PA 19101-3337
14973444      Maurices,   P.O. Box 659705,    San Antonio, TX 78265-9705
14973445      Meijer,   P.O. Box 960015,    Orlando, FL 32896-0015
14973446      Sears,   P.O. Box 183082,    Columbus, OH 43218-3082
14973447     +Shane & Michelle Hughes,    181 White Feather Lane,    Gilberts, IL 60136-9755
14973448      Sherman Hospital,    35134 Eagle Way,   Chicago, IL 60678-1351
14973449     +Target National Bank,    c/o ER Sloutions, Inc.,    P.O. Box 9004,   Renton, WA 98057-9004
14973450      Victoria's Secret,    P.O. Box 659728,   San Antonio, TX 78265-9728

The following entities were noticed by electronic transmission on Sep 29, 2010.
15545668      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 29 2010 02:23:23
               American Infosource Lp As Agent for,    World Financial Network National Bank As,   Maurices,
               PO Box 248872,   Oklahoma City, OK 73124-8872
15545667      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 29 2010 02:23:22
               American Infosource Lp As Agent for,    World Financial Network National Bank As,
               Victoria's Secret,   PO Box 248872,    Oklahoma City, OK 73124-8872
15585315      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 29 2010 02:23:23
               American Infosource Lp As Agent for,    Target,   PO Box 248866,   Oklahoma City, OK 73124-8866
15545666      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 29 2010 02:23:23
               American Infosource Lp As Agent for,    World Financial Network National Bank As,   Express,
               PO Box 248872,   Oklahoma City, OK 73124-8872
15924498      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 29 2010 02:23:23
               Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,   PO Box 248809,
               Oklahoma City, OK 73124-8809
14973441     +E-mail/PDF: gecsedi@recoverycorp.com Sep 29 2010 02:56:29     GAP,   P.O. Box 530942,
               Atlanta, GA 30353-0942
15725377     +E-mail/PDF: gecsedi@recoverycorp.com Sep 29 2010 02:56:28     GE Money Bank dba AE VISA CARD,
               Care of Recovery Management Systems Corp,    25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
15725370     +E-mail/PDF: gecsedi@recoverycorp.com Sep 29 2010 02:56:28     GE Money Bank dba GAP,
               Care of Recovery Management Systems Corp,    25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
15725371     +E-mail/PDF: gecsedi@recoverycorp.com Sep 29 2010 02:03:43     GE Money Bank dba MEIJER,
               Care of Recovery Management Systems Corp,    25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
14973443      E-mail/PDF: cr-bankruptcy@kohls.com Sep 29 2010 02:03:42     Kohl's,   P.O. Box 2983,
               Milwaukee, WI 53201-2983
                                                                                              TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +James E Stevens,    Barrick, Switzer, Long, Balsley & Van Ev,    6833 Stalter Drive,
               Rockford, Il 61108-2579
14973431*    +Carolyn Azzolina,    1685 Carlemont Dr. Apt. B,   Crystal Lake, IL 60014-2771
14973437*     Chase,   P.O. Box 15153,    Wilmington, DE 19886-5153
                                                                                   TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-3          User: cshabez           Page 2 of 2              Date Rcvd: Sep 28, 2010
Case: 10-70147                Form ID: pdf006         Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 30, 2010**                    **Signature:**    *Joseph Speetjens*