# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| In re: AZZOLINA, CAROLYN | § Case No. 10-70147 |
| | § |
| LEMBERGER, CAROLYN | § |
| Debtor(s) | § |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $20,060.00 *(without deducting any secured claims)* | Assets Exempt: $22,871.00 |
| Total Distribution to Claimants: $2,740.66 | Claims Discharged Without Payment: $70,704.46 |
| Total Expenses of Administration: $918.16 | |

3) Total gross receipts of $ 3,658.82  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $3,658.82 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $519.36 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 918.16 | 918.16 | 918.16 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 72,401.02 | 49,394.87 | 49,394.87 | 2,740.66 |
| **TOTAL DISBURSEMENTS** | $72,920.38 | $50,313.03 | $50,313.03 | $3,658.82 |

4) This case was originally filed under Chapter 7 on January 19, 2010. The case was pending for 11 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/21/2010      By: /s/JAMES E. STEVENS
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2009 income tax refund | 1224-000 | 3,658.00 |
| Interest Income | 1270-000 | 0.82 |
| **TOTAL GROSS RECEIPTS** | | **$3,658.82** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Best Buy HSBC Retail Services | 4110-000 | 519.36 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$519.36** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 914.71 | 914.71 | 914.71 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 3.45 | 3.45 | 3.45 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 918.16 | 918.16 | 918.16 |

UST Form 101-7-TDR (10/1/2010)

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American Infosource Lp As Agent for | 7100-000 | 137.00 | 160.16 | 160.16 | 8.89 |
| 2 | American Infosource Lp As Agent for | 7100-000 | N/A | 406.16 | 406.16 | 22.54 |
| 3 | American Infosource Lp As Agent for | 7100-000 | N/A | 202.33 | 202.33 | 11.23 |
| 4 | American Infosource Lp As Agent for | 7100-000 | N/A | 703.93 | 703.93 | 39.06 |
| 5 | Chase Bank USA, N.A. | 7100-000 | 14,946.03 | 7,656.76 | 7,656.76 | 424.83 |
| 6 | Chase Bank USA, N.A. | 7100-000 | N/A | 7,852.58 | 7,852.58 | 435.70 |
| 7 | Chase Bank USA, N.A. | 7100-000 | 10,834.00 | 5,488.14 | 5,488.14 | 304.51 |
| 8 | GE Money Bank dba GAP | 7100-000 | 316.00 | 361.81 | 361.81 | 20.07 |
| 9 | GE Money Bank dba MEIJER | 7100-000 | 438.74 | 482.05 | 482.05 | 26.75 |
| 10 | GE Money Bank dba AE VISA CARD | 7100-000 | 1,317.00 | 1,317.93 | 1,317.93 | 73.12 |
| 11 | Chase Bank USA,N.A. | 7100-000 | 707.00 | 749.57 | 749.57 | 41.59 |
| 12 | First National Bank of Omaha | 7100-000 | N/A | 4,064.25 | 4,064.25 | 225.50 |
| 13 | Fia Card Services, NA/Bank of America | 7100-000 | 7,551.00 | 7,700.02 | 7,700.02 | 427.23 |
| 14 | Fia Card Services, NA/Bank of America | 7100-000 | 12,104.00 | 12,249.18 | 12,249.18 | 679.64 |
| NOTFILED | Citicard Customer Service | 7100-000 | 1,455.00 | N/A | N/A | 0.00 |
| NOTFILED | Castle Bank VISA First Bankcard | 7100-000 | 3,764.79 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | CitiFinancial | 7100-000 | 13,898.96 | N/A | N/A | 0.00 |
| --- | --- | --- | --- | --- | --- | --- |
| NOTFILED | Juniper Card Services | 7100-000 | 3,610.54 | N/A | N/A | 0.00 |
| NOTFILED | Target National Bank c/o ER Sloutions, Inc. | 7100-000 | 593.00 | N/A | N/A | 0.00 |
| NOTFILED | Victoria's Secret | 7100-000 | 341.96 | N/A | N/A | 0.00 |
| NOTFILED | Sherman Hospital | 7100-000 | 208.00 | N/A | N/A | 0.00 |
| NOTFILED | Maurices | 7100-000 | 178.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 72,401.02 | 49,394.87 | 49,394.87 | 2,740.66 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 10-70147  
Case Name: AZZOLINA, CAROLYN  

Period Ending: 12/21/10

Trustee: (330420) JAMES E. STEVENS  
Filed (f) or Converted (c): 01/19/10 (f)  
§341(a) Meeting Date: 02/18/10  
Claims Bar Date: 08/04/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash on Hand<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 35.00 | 0.00 | DA | 0.00 | FA |
| 2 | Castle Bank<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 1,900.00 | 0.00 | DA | 0.00 | FA |
| 3 | Money Market Account (Home Sale Proceeds)<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 12,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | Security Deposit for Apt.<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 1,025.00 | 0.00 | DA | 0.00 | FA |
| 5 | Table & Chairs, Sofa/Loveseat, TV, CD<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | Laptop Computer<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 250.00 | 0.00 | DA | 0.00 | FA |
| 7 | 5 pictures<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 0.00 | DA | 0.00 | FA |
| 8 | Clothing and Personal Effects<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 400.00 | 0.00 | DA | 0.00 | FA |
| 9 | Costume Jewelry<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 0.00 | DA | 0.00 | FA |
| 10 | Roth IRA<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 1,200.00 | 0.00 | DA | 0.00 | FA |
| 11 | 2009 Property Tax Return-undetermined<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 12 | 1999 Toyota Camry XL<br>Orig. Asset Memo: Imported from original petition | 2,050.00 | 0.00 | DA | 0.00 | FA |

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 10-70147  
**Case Name:** AZZOLINA, CAROLYN  
**Period Ending:** 12/21/10

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 01/19/10 (f)  
**§341(a) Meeting Date:** 02/18/10  
**Claims Bar Date:** 08/04/10

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| | Doc# 1 | | | | | |
| 13 | 2009 income tax refund (u) | Unknown | 3,658.00 | DA | 3,658.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.82 | FA |
| 14 | Assets    Totals (Excluding unknown values) | $20,060.00 | $3,658.00 | | $3,658.82 | $0.00 |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    December 30, 2009      **Current Projected Date Of Final Report (TFR):**    September 7, 2010  (Actual)

Printed: 12/21/2010 01:00 PM    V.12.54

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 10-70147  
**Case Name:** AZZOLINA, CAROLYN  

**Taxpayer ID #:** **-***6572  
**Period Ending:** 12/21/10  

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******68-65 - Money Market Account  
**Blanket Bond:** $166,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/04/10 | {13} | Carolyn Azzollina | income tax refund | 1224-000 | 3,658.00 | | 3,658.00 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.18 | | 3,658.18 |
| 06/08/10 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2010 FOR CASE #10-70147, Bond #016018067 | 2300-000 | | 3.45 | 3,654.73 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.21 | | 3,654.94 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.22 | | 3,655.16 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.21 | | 3,655.37 |
| 09/07/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0000% | 1270-000 | 0.00 | | 3,655.37 |
| 09/07/10 | | To Account #9200******6866 | transfer to close money market account | 9999-000 | | 3,655.37 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 3,658.82 | 3,658.82 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 3,655.37 | |
| | | | **Subtotal** | | 3,658.82 | 3.45 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$3,658.82** | **$3.45** | |

{} Asset reference(s)

Printed: 12/21/2010 01:00 PM    V.12.54

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 10-70147 | | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| Case Name: | AZZOLINA, CAROLYN | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******68-66 - Checking Account |
| Taxpayer ID #: | **-***6572 | | Blanket Bond: | $166,000.00  (per case limit) |
| Period Ending: | 12/21/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/07/10 | | From Account #9200******6865 | transfer to close money market account | 9999-000 | 3,655.37 | | 3,655.37 |
| 11/03/10 | 101 | JAMES E. STEVENS | Dividend paid 100.00% on $914.71, Trustee Compensation; Reference: | 2100-000 | | 914.71 | 2,740.66 |
| 11/03/10 | 102 | American Infosource Lp As Agent for | Dividend paid 5.54% on $160.16; Claim# 1; Filed: $160.16; Reference: | 7100-000 | | 8.89 | 2,731.77 |
| 11/03/10 | 103 | American Infosource Lp As Agent for | Dividend paid 5.54% on $406.16; Claim# 2; Filed: $406.16; Reference: | 7100-000 | | 22.54 | 2,709.23 |
| 11/03/10 | 104 | American Infosource Lp As Agent for | Dividend paid 5.54% on $202.33; Claim# 3; Filed: $202.33; Reference: | 7100-000 | | 11.23 | 2,698.00 |
| 11/03/10 | 105 | American Infosource Lp As Agent for | Dividend paid 5.54% on $703.93; Claim# 4; Filed: $703.93; Reference: | 7100-000 | | 39.06 | 2,658.94 |
| 11/03/10 | 106 | GE Money Bank dba GAP | Dividend paid 5.54% on $361.81; Claim# 8; Filed: $361.81; Reference: | 7100-000 | | 20.07 | 2,638.87 |
| 11/03/10 | 107 | GE Money Bank dba MEIJER | Dividend paid 5.54% on $482.05; Claim# 9; Filed: $482.05; Reference: | 7100-000 | | 26.75 | 2,612.12 |
| 11/03/10 | 108 | GE Money Bank dba AE VISA CARD | Dividend paid 5.54% on $1,317.93; Claim# 10; Filed: $1,317.93; Reference: | 7100-000 | | 73.12 | 2,539.00 |
| 11/03/10 | 109 | Chase Bank USA,N.A. | Dividend paid 5.54% on $749.57; Claim# 11; Filed: $749.57; Reference: | 7100-000 | | 41.59 | 2,497.41 |
| 11/03/10 | 110 | First National Bank of Omaha | Dividend paid 5.54% on $4,064.25; Claim# 12; Filed: $4,064.25; Reference: | 7100-000 | | 225.50 | 2,271.91 |
| 11/03/10 | 111 | Chase Bank USA, N.A. | Combined Check for Claims#5,6,7 | | | 1,165.04 | 1,106.87 |
| | | | Dividend paid 5.54% on $7,656.76; Claim# 5; Filed: $7,656.76 | 7100-000 | 424.83 | | 1,106.87 |
| | | | Dividend paid 5.54% on $7,852.58; Claim# 6; Filed: $7,852.58 | 7100-000 | 435.70 | | 1,106.87 |
| | | | Dividend paid 5.54% on $5,488.14; Claim# 7; Filed: $5,488.14 | 7100-000 | 304.51 | | 1,106.87 |
| 11/03/10 | 112 | Fia Card Services, NA/Bank of America | Combined Check for Claims#13,14 | | | 1,106.87 | 0.00 |
| | | | Dividend paid 5.54% on $7,700.02; Claim# 13; Filed: $7,700.02 | 7100-000 | 427.23 | | 0.00 |
| | | | Dividend paid 5.54% on $12,249.18; Claim# 14; Filed: $12,249.18 | 7100-000 | 679.64 | | 0.00 |

Subtotals :    $3,655.37    $3,655.37

{} Asset reference(s)    Printed: 12/21/2010 01:00 PM    V.12.54

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 10-70147 | | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| Case Name: | AZZOLINA, CAROLYN | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******68-66 - Checking Account |
| Taxpayer ID #: | **-***6572 | | Blanket Bond: | $166,000.00 (per case limit) |
| Period Ending: | 12/21/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 3,655.37 | 3,655.37 | $0.00 |
| | | | Less: Bank Transfers | | 3,655.37 | 0.00 | |
| | | | Subtotal | | 0.00 | 3,655.37 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $3,655.37 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # 9200-******68-65 | 3,658.82 | 3.45 | 0.00 |
| Checking # 9200-******68-66 | 0.00 | 3,655.37 | 0.00 |
| | $3,658.82 | $3,658.82 | $0.00 |

{} Asset reference(s)  
Printed: 12/21/2010 01:00 PM   V.12.54